JMG/KOG: USAO# 2013R00668

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : CRIMINAL NO. JKB- 13-490 |
| v. | : |
| | : (Obstruction of Justice, 18 U.S.C. |
| **SEAN KRONDAK,** | : § 1503) |
| | : |
| **Defendant** | : |

.....oooOooo.....

### INFORMATION

The United States Attorney for the District of Maryland charges that:

1. At all times relevant, a special federal grand jury, which had been duly impaneled and sworn in the United States District Court for the District of Maryland, was engaged in the due administration of justice in that it was conducting an official investigation of a fraud scheme involving private lending for commercial real estate development in Maryland and elsewhere.

2. On or about September 26, 2012, in furtherance of the grand jury's investigation, special agents of the Federal Bureau of Investigation served defendant, **SEAN KRONDAK**, with a subpoena duces tecum dated September 19, 2012, issued on behalf of the grand jury and commanding **KRONDAK** to produce all responsive records as defined in the subpoena.

3. Subsequent to receipt of the grand jury subpoena, **KRONDAK** reviewed the emails and other records then contained on his computer. He selected certain responsive records which were material to the investigation to withhold and thus conceal from the grand jury. **KRONDAK** copied the remaining responsive records from his computer onto three CD-Rom discs. **KRONDAK** then shipped those CDs, via overnight mail, to the Federal Bureau of

1

Investigation in Baltimore, Maryland on November 19, 2012. **KRONDAK** included in that shipment a fully-executed form entitled Certification Under Federal Rules of Evidence 803(6) and 902(11), in which he certified, under penalty of perjury, that the records on the CDs were the responsive records sought by the grand jury subpoena.

4. Between on or about September 26, 2012 and December 3, 2012, the defendant

**SEAN KRONDAK**

having knowledge of the grand jury investigation, did corruptly influence, obstruct and impede, and endeavor to influence, obstruct and impede the due administration of justice in the special federal grand jury sitting in the District of Maryland by withholding and concealing, and causing to be withheld and concealed, and by endeavoring to withhold and conceal, certain records which were commanded by the grand jury subpoena <u>duces tecum</u> and which were material to the grand jury's investigation.

18 U.S.C. § 1503

9/16/13
Date

Rod J. Rosenstein
United States Attorney for the
District of Maryland